UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**'08 MJ 1 6 6 6**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case Number: _____ |
| ) | |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| ) | |
| v. ) | Title 21, U.S.C., Sections 952 and 960 |
| ) | Importation of a Controlled Substance |
| ESQUIVEL-Guzman, Ricardo ) | |
| Defendant, ) | |
| ) | |

The undersigned complaint being duly sworn states:

On or about May 24, 2008, within the Southern District of California, Ricardo ESQUIVEL-Guzman did attempt to import approximately 16.54 kilograms of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
SPECIAL AGENT
IMMIGRATION AND CUSTOMS
ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS <u>27th</u> DAY OF <u>May</u>, 2008.

MAGISTRATE JUDGE

## STATEMENT OF FACTS

On May 24, 2008, at approximately 2150hrs, Ricardo ESQUIVEL-Guzman entered the United States from the Republic of Mexico at the Otay Mesa Port of Entry, San Diego, California (CA). ESQUIVEL was the driver of a silver 2000 Ford Windstar license plate CAUS/5JLE521. The vehicle was referred to the secondary inspection area where 13 packages containing approximately 16.54 kilograms of marijuana were found concealed in a secret compartment of the rear quarter panel. A presumptive test of one of the packages revealed a positive reaction to the presence of marijuana.

ESQUIVEL was arrested and charged with violation of Title 21 USC 952, 960, Importation of a Controlled Substance, and was booked into the Metropolitan Correction Center, San Diego, CA. The vehicle and marijuana were seized under seizure number 2008-2506-0004-7501.

_____
Karen Samayoa-Lunt
Special Agent
Immigration and Customs Enforcement

_____
US Magistrate Judge