# UNITED STATES DISTRICT COURT

``   DISTRICT OF         CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,

v.

RICARDO ESQUIVEL-GUZMAN,
        Defendant.

**APPEARANCE**

Case Number:   08MJ1666

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

RICARDO ESQUIVEL-GUZMAN

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/29/2008 | /s/ JOSEPH McMULLEN |
| Date | Signature |
| | Joseph McMullen / Federal Defenders of SD    246757 |
| | Print Name      Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City    State    Zip Code |
| | (619) 234-8467    (619) 687-2666 |
| | Phone Number      Fax Number |

## **CERTIFICATE OF SERVICE**

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov


Dated: May 29, 2008

              /s/ Joseph McMullen
JOSEPH McMULLEN
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: Joseph_McMullen@fd.org